IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____/ <br><br> This Order Relates To: <br><br> *M.H. v. Uber, Inc.*, <br> Case No. 3:23-cv-06200-CRB <br><br> *S.A. v. Uber, Inc.*, <br> Case No. 3:24-cv-02845-CRB <br><br> *Z.W. v. Uber, Inc.*, <br> Case No. 3:24-cv-02844-CRB <br><br> *K.H. v. Uber, Inc.*, <br> Case No. 3:24-cv-02840-CRB <br><br> *A.P. vs. Uber, Inc.*, <br> Case No. 3:23-cv-06357-CRB <br><br> *J.C. vs. Uber, Inc.*, <br> Case No. 3:24-cv-03965-CRB <br><br> *T.L. vs. Uber Inc.*, <br> Case No. 3:24-cv-03966-CRB <br><br> *K.R. vs. Uber, Inc.*, <br> Case No. 3:24-cv-06313-CRB <br><br> *J.B. v. Uber, Inc.*, <br> Case No. 3:23-cv-06692-CRB | MDL No. 3084 <br><br> **ORDER DISMISSING CASES WITHOUT PREJUDICE** <br><br> Re: Dkt. No. 1649, 1675, 1878, 2128, 2221, 2431, 2724, 2817 |

1  *C.C. vs. Uber, Inc.*,
2  Case No. 3:24-cv-05962-CRB

3  *L.D. v. Uber, Inc.*,
4  Case No. 3:24-cv-05306-CRB

5  *J.H. v. Uber, Inc.*,
6  Case No. 3:24-cv-03441-CRB

7  *C.H. vs. Uber, Inc.*,
8  Case No. 3:24-cv-04363-CRB

9  *R.D. v. Uber, Inc.*,
10 Case No. 3:24-cv-05393-CRB

11 *J.K. v. Uber, Inc.*,
   Case No. 3:24-cv-05463-CRB
12
   *M.P. v. Uber, Inc.*,
13 Case No. 3:24-cv-05688-CRB

14 *T.F. v. Uber, Inc.*,
15 Case No. 3:24-cv-05768-CRB

16 *A.O. v. Uber, Inc.*,
17 Case No. 3:24-cv-05717-CRB

18 *S.H. v. Uber, Inc.*,
19 Case No. 3:24-cv-07156-CRB

20 *B.S. v. Uber, Inc.*,
21 Case No. 3:24-cv-06948-CRB

22 *C.S. v. Uber, Inc.*,
23 Case No. 3:24-cv-06923-CRB

24 *Jane Doe EB 22 v. Uber, Inc.*,
   Case No. 3:24-cv-05245-CRB
25
   *Naccarato v. Uber, Inc.*,
26 Case No. 3:24-cv-05312-CRB

27 *Jane Doe EB 19 v. Uber, Inc.*,
28 Case No. 3:24-cv-05217-CRB

*Jane Doe EB 10 v. Uber, Inc.*,
Case No. 3:24-cv-05197-CRB

*K.B. v. Uber, Inc.*,
Case No. 3:24-cv-05719-CRB

*D.M.S. v. Uber, Inc.*,
Case No. 3:24-cv-05606-CRB

*C.A. v. Uber, Inc.*,
Case No. 3:24-cv-07553-CRB

*CLF J.T. v. Uber, Inc.*,
Case No. 3:25-cv-01043-CRB

Due to the failure by plaintiffs to file a notice indicating whether they intend to pursue their actions following the withdrawal of their counsel, the above-captioned cases are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: June 2, 2025

CHARLES R. BREYER
United States District Judge